```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
JOSEPH WATSON,                                                   :
                                                                 :
                        Petitioner,                              :
                                                                 :     19-cv-707 (LJL)
           -v-                                                   :
                                                                 :     ORDER
THE PEOPLE OF THE STATE OF NEW YORK,                             :
                                                                 :
                        Respondent.                              :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

     Pro se petitioner Joseph Watson ("Petitioner") has filed a "Motion for relief from Final Judgment Pursuant to Fed.R.Civ.P. 60(b)(3)(4)(6)."  Dkt. No. 36.  Having reviewed Petitioner's motion, the Court finds no grounds upon which to grant relief under Federal Rule of Civil Procedure 60(b).

     Because Petitioner has not at this time made a substantial showing of a denial of a constitutional right, a certificate of appealability will not issue.  *See* 28 U.S.C. § 2253.  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore *in forma pauperis* status is denied for purposes of appeal.  *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

     The Clerk of Court is respectfully directed to close the motion at Dkt. No. 36 and to mail a copy of this Order to Petitioner.

     SO ORDERED.

Dated: November 1, 2021
       New York, New York

                                                      LEWIS J. LIMAN
                                               United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/01/2021